AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:14-mj-00456-NJK |
| | ) | |
| AADILAH MONET GEORGE | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | 07/10/14 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 9, 2014

_____
*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge
_____
*Printed name and title*



```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

           JUL - 9 2014

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____  DEPUTY
```